UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW A. LAWRIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE PRISON AT CORCORAN, *Department of Corrections*, et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-01456-DAD-BAM (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 12) |

　　　　Plaintiff Matthew A. Lawrie is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 14, 2018, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $400.00 filing fee in order to proceed with this action. (Doc. No. 10.) On March 13, 2019, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the $400 filing fee in full within twenty-one (21) days. (Doc. No. 12.) Plaintiff was

/////

cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id*. at 4.)

On April 12, 2019, in lieu of paying the filing fee, plaintiff filed a notice of interlocutory appeal, which was processed to the United States Court of Appeals for the Ninth Circuit. (Doc. Nos. 13, 14.) On April 10, 2020, the Ninth Circuit affirmed the denial of plaintiff's motion to proceed *in forma pauperis* in this action. (Doc. No. 21.) The Ninth Circuit's mandate was issued on May 4, 2020. (Doc. No. 22.)

The deadline for plaintiff to pay the required filing fee passed prior to the filing of his interlocutory appeal, and now that the pending interlocutory appeal has been resolved, plaintiff has still not paid the required filing fee or requested an extension of time to do so.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 4, 2020**                          /s/ Dale A. Drozd
                                                       UNITED STATES DISTRICT JUDGE

2